UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                            DECISION and ORDER

-vs-
                                                            09-CR-6129-CJS-JWF

RICHARD E. RIEDMAN,

                         Defendant.

_____

This case was referred by order of the Court to U.S. Magistrate Judge Jonathan W. Feldman, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), on December 2, 2009. The defendant filed motions to suppress a photographic identification (Docket No. 42). On February 22, 2010, Judge Feldman filed a Report and Recommendation (Docket No. 72) recommending that the Court deny defendant's motion to suppress. The defendant has filed no objections.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a *de novo* determination of only those portions of the Report and Recommendation to which objections have been made. Since no objections have been made, the Court adopts Judge Feldman's Report and Recommendation (Docket No. 72) in full. Accordingly, for the reasons set forth in Judge Feldman's Report and Recommendation, the defendant's motion (Docket No. 42) to suppress a photographic identification is denied.

IT IS SO ORDERED.

Dated:    June 3, 2010
          Rochester, New York

                         ENTER:


                         /s/ Charles J. Siragusa
                         CHARLES J.  SIRAGUSA
                         United States District Judge